**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANA BERTHA MENDEZ, AKA Ana Bertha Gutierre Cervantes, AKA Veronica Cervantes Ruiz, AKA Claudia Dinhorah Lopez Caro, | No. 13-70508 |
| Petitioner, | Agency No. A096-232-155 |
| v. | MEMORANDUM[*] |
| LORETTA E. LYNCH, Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 13, 2016[**]

Before:     FARRIS, TALLMAN, and BYBEE, Circuit Judges.

Ana Bertha Mendez, a native and citizen of Mexico, petitions for review of

the Board of Immigration Appeals' ("BIA") order denying her motion to remand

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

and dismissing her appeal from an immigration judge's decision terminating her removal proceedings. We dismiss the petition for review.

Because an order terminating removal proceedings is not a final order of removal, we lack jurisdiction to consider Mendez's petition for review. *See Alcala v. Holder*, 563 F.3d 1009, 1013-16 (9th Cir. 2009); *see also* 8 U.S.C. § 1252(b)(9) ("Judicial review of all questions of law and fact . . . shall be available only in judicial review of a final order [of removal].").

In light of this disposition, we do not reach Mendez's request for remand to apply for relief from removal.

**PETITION FOR REVIEW DISMISSED.**